



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARENGA SULLIVAN,<br><br>    Petitioner,<br><br>vs.<br><br>FRANCISCO JACQUEZ, Warden,<br><br>    Respondent. | Case No. CV 11-3839-GAF (JPR)<br><br>ORDER ACCEPTING FINDINGS AND<br>RECOMMENDATIONS OF U.S.<br>MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and Report and Recommendation of the U.S. Magistrate Judge. No objections to the Report and Recommendation have been filed. The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that (1) the Petition is denied without leave to amend; (2) Petitioner's request for an evidentiary hearing is denied; and (3) Judgment be entered dismissing this action with prejudice.

DATED: March 17, 2012

GARY A. FEES
UNITED STATES DISTRICT JUDGE